## Brown *against* Jones.

It is too late to move to quash an appeal from an award of arbitrators on the ground that costs were not paid, after three terms have gone by and issue joined.

ERROR to *Venango* county.

William T. Jones against Hiram L. Brown.   Appeal from the judgment of a justice.   The cause was referred to arbitrators, who reported in favour of the plaintiff for 11 dollars 50 cents.   The plaintiff appealed on the 19th of April 1837, and paid all costs except the attorney's fee and costs which accrued before the justice.   February term 1838 defendant pleaded to issue.   On the 27th of March 1838 motion to quash for the non payment of the costs, which was denied by the court ; and the same day tried, and verdict for plaintiff for 51 dollars.

The error assigned was, that the court refused to quash the appeal.

*Galbreath,* for plaintiff in error.

*Riddle,* contra, whom the court declined to hear.   .

PER CURIAM.—After a plea, the motion to quash was too late. The appellee might dispense with payment of costs; and he did dispense with it, by omitting to move at the first opportunity, and before he had taken any other step in the cause.

Judgment affirmed.